No. 80–295. NATIONAL ASSOCIATION OF MINORITY CONTRACTORS ET AL. *v.* ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–330. UNITED BEEF PACKERS, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–347. DE JONG PACKING CO. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–406. PERSONNEL BOARD OF JEFFERSON COUNTY, ALABAMA *v.* UNITED STATES ET AL.; and
No. 80–614. MARTIN ET AL. *v.* PERSONNEL BOARD OF JEFFERSON COUNTY, ALABAMA. C. A. 5th Cir. Certiorari denied. Reported below: 616 F. 2d 812.

No. 80–439. MELLI *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–454. PARFITT ET AL. *v.* COLUMBUS CORRECTIONAL FACILITY ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 80–465. PAPAGO TRIBAL UTILITY AUTHORITY *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–471. SUN PETROLEUM PRODUCTS CO. *v.* MARSHALL, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 80–487. HARPER ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.